USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2019

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Andrew S. Chung (AC 1988)
achung@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*Skyrocket, LLC d/b/a Skyrocket Toys LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKYROCKET, LLC d/b/a SKYROCKET TOYS LLC,<br><br>*Plaintiff*<br><br>V.<br><br>2791383638, *et al.*,<br><br>*Defendants* | CIVIL ACTION No.<br>18-cv-11279 (AT) |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Skyrocket, LLC d/b/a Skyrocket Toys LLC ("Skyrocket" or "Plaintiff"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendants 2791383638, fly swift, baby kingstar, bokebi, NMDRV, Sleddog, LLyun, Township, mangguo, New Fashion666, ningmengshui, biubiuAA, cheesecheese, conghuamian, Growl, InfiniteDD, maoshanwang, Me more cooll, Mystice, natie, Tomorrow with you, zhaoshaojituifan, little tiger's store, jimihua,

suibianba678, haibian2089, juanjuan2098, dmyvoty, Modehardwaredailyuse and worldsky2016 in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: March 12, 2019

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: _____

Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Skyrocket, LLC d/b/a Skyrocket Toys LLC*

**It is so ORDERED.**

Signed at New York, NY on __March__ __13__, 2019.

_____
Judge Analisa Torres
United States District Judge