UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SKYROCKET, LLC d/b/a SKYROCKET TOYS LLC,

        Plaintiff,

-against-

2791383638, et al.,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/2020
```

18 Civ. 11279 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed Plaintiff's supporting materials for default judgment, the Court concludes that the declaration submitted at ECF No. 44 fails to comply with Attachment A to the Court's Individual Practices in Civil Cases, which requires an "affidavit or declaration <u>signed by a **party** with **personal knowledge**</u>" (emphasis added). Plaintiff submitted an affidavit signed by its attorney, who is not a party with personal knowledge.

    Accordingly, it is hereby ORDERED that, by **July 24, 2020**, Plaintiff shall re-submit materials for default judgment in accordance with Attachment A to the Court's Individual Practices.

    SO ORDERED.

Dated: July 9, 2020
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge